UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                            Case No. 20-46790

NICOLE M. LARDELL,                         Chapter 7

         Debtor.                                        Judge Thomas J. Tucker

_____/

**ORDER DISMISSING CASE**

On November 30, 2018, the Debtor filed a voluntary petition for relief under Chapter 13, commencing Case No. 18-56149. That case remains pending. Despite this, on June 15, 2020, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this case.[1] The Debtor may not have two bankruptcy cases pending at the same time. *See In re Munroe*, 568 B.R. 631, 633-34 (Bank. E.D. Mich. 2017) (citing *In re Sidebottom*, 430 F.3d 893, 897–99 (7th Cir. 2005) and *In re Lord*, 295 B.R. 16, 17–21 (Bankr. E.D.N.Y. 2003)) ("[T]he majority rule, which this Court agrees with, is that a debtor may not have two bankruptcy cases pending at the same time.").

Accordingly,

IT IS ORDERED that this case is dismissed.

**Signed on June 16, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[1] The Cover Sheet filed in this case (Docket # 3) says that the Debtor's Chapter 13 case was dismissed, but it was not dismissed. That case is still pending.